Fill in this information to identify the case:

Debtor 1   __Anita Gielow__
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   __Northern__   District of __Illinois__
                                                                      (State)

Case number   __15 B 00431__
(If known)

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the
court orders that:

[ ]   The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[/]   The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _110.00_ | _01/08/15_ Month / day / year |
| $ _100.00_ | _02/09/15_ Month / day / year |
| $ _100.00_ | _03/09/15_ Month / day / year |
| + $ _____ | _____ Month / day / year |
| **Total**  $ _310.00_ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any
additional property to an attorney or to anyone else for services in connection with this case.

_01/13/15_                    By the court:   _Bruce W. Black_
Month / day / year                                         United States Bankruptcy Judge